**Dale ROSSMEISL**

v.

**Humphrey J. DONNELLY III et al.**

No. 81–245–M.P.

Supreme Court of Rhode Island.

Sept. 17, 1981.

Corcoran, Peckham & Hayes, P. C., Kathleen Managhan, Newport, for plaintiff-respondent.

James S. O'Brien, City Sol., Newport, for defendants-petitioners.

## ORDER

The petition for writ of certiorari is granted.